# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

Case No. 5D2024-2798
LT Case No. 2020-MM-4693-A
_____

GEORGE DIXON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.850 Appeal from the County Court for Marion County.
Thomas P. Thompson, III, Judge.

James Smith, Winter Garden, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Stephen R. Putnam, Jr., Assistant Attorney General, Daytona Beach, for Appellee.


January 13, 2026


PER CURIAM.

AFFIRMED.


EDWARDS, SOUD, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____